UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE )<br>)<br>     Plaintiff )<br>)<br>v. )<br>)<br>CITY OF HOLYOKE, HOLYOKE )<br>PUBLIC SCHOOLS, and )<br>ANTHONY SOTO )<br>)<br>     Defendants )<br>) | No. 3:24-cv-30018 |

## JOINT REQUEST BY PLAINTIFF AND DEFENDANT ANTHONY SOTO FOR 90-DAY NISI ORDER

Having negotiated a resolution to Plaintiff's claims against Defendant Anthony Soto, Plaintiff and Defendant Soto jointly request a 90-day order of dismissal *nisi* as to claims against Defendant Soto. More particularly:

1. Plaintiff and Defendant Soto have agreed to settlement terms and are now commencing the procedure for issuance of payment. After payment is made, they will submit a joint filing requesting an order of dismissal as to claims against Defendant Soto.

2. The foregoing process involves coordinating among multiple individuals, as well as multiple agencies of the Commonwealth of Massachusetts, including the Department of Elementary and Secondary Education, the Attorney General's Office, and the Comptroller's Office.

3. Given the coordination involved, Plaintiff and Defendant Soto reasonably believe 90 days is an appropriate duration for the *nisi* order, and that they will be able to submit their joint request for an order of dismissal within that period.

WHEREFORE, Plaintiff and Defendant Anthony Soto jointly ask this Court to issue a 90-day order of dismissal *nisi* as to claims against Defendant Anthony Soto.

| | |
|---|---|
| Dated: January 7, 2026 | Dated: January 7, 2026 |
| JANE DOE,<br>by her attorney | ANTHONY SOTO,<br>by his attorney |
| /s/ Laura Mangini<br>Laura D. Mangini, Esq.<br>Alekman DiTusa, LLC<br>1550 Main Street, Suite 501<br>Springfield, Mass. 01103<br>Tel.: (413) 781-0000<br>laura@alekmanditusa.com<br>BBO # 684620 | ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL<br><br>/s/ Aaron Dulles<br>Aaron Dulles<br>Assistant Attorney General<br>Massachusetts Attorney General's Office<br>1441 Main Street, Suite 1200<br>Springfield, Mass. 01103<br>Tel.: (413) 523-7703<br>Fax: (413) 523-7765<br>aaron.dulles@mass.gov<br>BBO # 681530 |

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 7, 2026, this document, and any exhibits and attachments thereto, has been filed through the CM/ECF system, so as to result in service upon all participants registered as ECF users by transmission of a Notice of Electronic Filing (NEF), and I further certify that paper copies will be sent via U.S. mail to non-registered participants, on this day.

/s/ Aaron Dulles
Aaron Dulles
Assistant Attorney General