# JacksonLewis

**Jackson Lewis P.C.**
75 Park Plaza, 4th Floor
Boston MA 02116
(617) 367-0025 Direct
(617) 367-2155 Fax
jacksonlewis.com

January 9, 2026

VIA FIRST CLASS AND CERTIFIED MAIL RETURN RECEIPT REQUESTED

To:


**Re:**   Doe v. City of Holyoke et al.
         Case No. 3:24-cv-30018-MGM

Dear  :

      A former student at Holyoke Public Schools has filed the above-referenced lawsuit against Holyoke Public Schools and others alleging she was discriminated against on the basis of her sex. As part of the legal process known as "discovery," the former student has requested that Holyoke Public Schools disclose certain records, including records in which you or your child is identified.

      On September 5, 2025, the Court issued a Confidentiality Order that prevents any party from disclosing confidential information acquired in the course of the lawsuit, including student records as defined under the Family Educational Rights and Privacy Act ("FERPA"), to anyone other than the parties, their attorneys and consultants, and the Court. None of the information may be used outside the context of this lawsuit, and the parties are required to either return or destroy the confidential records at the conclusion of the lawsuit. No student's identifying records will be disclosed to the public prior to trial.

      FERPA, found under 20 U.S.C. § 1232g(b) and 34 C.F.R. §99.31(a)(9)(ii), is a federal law that protects the privacy of student records. Under certain situations, student records may be released, and one of those situations includes complying with a court order. Under 20 U.S.C. § 1232g(b)(2)(B), you or your child has the right to be notified of such a court order in advance of Holyoke Public Schools' compliance with the order. Under the regulations implementing FERPA, the purpose of such a notification, prior to the disclosure of student records, is so that you or your student "may seek protective action." 34 C.F.R. § 99.31(9)(ii). This letter, therefore, notifies you that, on January__, 2026, the Court ordered certain documents to be produced by Holyoke Public Schools to the plaintiff under the protections of the Confidentiality Order, including records pertaining to you or your student. Pursuant to 20 U.S.C. § 1232g(b) and 34 C.F.R. §99.31(a)(9)(ii), you have the right to object to the disclosure of your or your child's student records.

If you object to the disclosure of your or your child's student records, **you must notify me by January 30, 2026,** in one of two ways. You may send an objection in writing to me at my email address (Benjamin.davis@jacksonlewis.com) or by mail at Jackson Lewis, 75 Park Plaza, Boston, MA 02116. All submitted objections will be filed with the United States District Court for the District of Massachusetts in Springfield for processing, and you will be notified of any court action or scheduled hearing regarding the objections, which may be held through Zoom or in person. Please include your name, address, the name of the case, and the Civil Action Number referenced above in your objection.

If you have any questions about this matter, please feel free to contact me at my email address below.

Very truly yours,

*/s/ Benjamin R. Davis*
Benjamin R. Davis, Esq.
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 305 1296
Benjamin.Davis@jacksonlewis.com