UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HOLYOKE PUBLIC SCHOOLS and )<br>ANTHONY SOTO )<br>Defendants ) | No. 3:24-cv-30018 |

## ORDER

The parties' Joint Motion to Compel Production of Certain Documents [Dkt. No. 63] is GRANTED. Holyoke Public Schools shall produce, in accordance with the Confidentiality Order in this case [Dkt. No. 62], the records it has identified as subject to the Family Educational Rights & Privacy Act of 1974 ("FERPA") and responsive to Plaintiff's discovery requests. Specifically, before any such documents are produced, Holyoke Public Schools shall deliver to each impacted student's last known address the notice in the form attached to this Order and shall not produce such records until the expiration of the objection period or the Court's resolution of any objection by an impacted student.

The Court also orders that the Request for Protective Order, entered as Dckt. No. 72, be stricken from the electronic filing system.

SO ORDERED THIS 15 DAY OF January, 2026

Hon. Mark M. Mastroianni
United States District Judge