UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe

      Plaintiff,

        v.

City of Holyoke et al.,

      Defendants',

Civil Action No. 24-30018-MGM

ORDER OF DISMISSAL
April 27, 2026

U.S.D.J. MARK G. MASTROIANNI

The court, having been advised on April 27, 2026, that the above-entitled action has been Settled.

IT IS ORDERED that this action is hereby dismissed between these parties without costs and without prejudice to the right of any such party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

By the Court,

 /s/ *Tamara Figueroa*
Tamara Figueroa
Deputy Clerk